1

2
Kerry P. Zeiler (SBN 233944)
KO & ZEILER
3
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
4
(714) 633-4350
(714) 459-8250 - Fax
5

6   Attorney for Plaintiff

7

8

9
UNITED STATES DISTRICT COURT
10
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12   CALIFORNIA PIPE RECYCLING, INC., )   Case No. 1: 08-cv-236 LJO SMS
                                      )
13          Plaintiff,                )
                                      )
       vs.                            )
14   SOUTHWEST HOLDINGS, INC., a      )   **TEMPORARY RESTRAINING**
15   Corporation; SOUTHWEST PIPE      )   **ORDER ENJOINING DEFENDANTS**
     SERVICES, INC., a Corporation; JOSEPH )   **FROM PROSECUTING OR**
                                      )   **INSTITUTING ACTIONS AFFECTING**
16   BRIERS, an individual; BRIERS PIPE )   **RIGHTS AND OBLIGATIONS OF**
     SERVICES CORP., a Corporation;   )   **PARTIES IN INTERPLEADER**
17   ROBERT P. INGRUM, an individual; )
18   ROBBYE R. WALDRON, Chapter 7     )
     Trustee, and DOES 1-10, inclusive, )   (Doc. 5)
19                                    )
            Defendants.               )
20   _____)

21

22                    **TEMPORARY RESTRAINING ORDER**

23          After consideration of the record and on the basis of good cause, this Court

24   ORDERS defendants, and each of them, and their agents, servants, employees,

25   representatives, and all persons acting in concert or participating with them be, and they

26   are hereby, restrained and enjoined from prosecuting any and all proceedings and all

27   actions at law now pending against plaintiff or from bringing any proceeding or action

28   against plaintiff affecting the rights and obligations as between the parties in this action

     with respect to the personal property at issue in this matter best described as <u>conveyor</u>

     <u>equipment located at 5303 Rosedale Highway, Bakersfield, California sold to California</u>

                                        1

1

2

3   Pipe Recycling, Inc. on or about April 13, 2007, or the promissory note for payments on

4   such equipment executed by California Pipe Recycling, Inc.

5        This Court FURTHER ORDERS that:

6   1.    No later than seven days after service of this order on defendants,

7         defendants may file and serve papers to seek to modify or dissolve this

8         temporary restraining order;

9   2.    Plaintiff shall serve this temporary restraining order on defendants and their

10        counsel by a means to accomplish service most expediently; and

11  3.    Plaintiff may seek a preliminary injunction by filing papers and setting a

12        hearing in compliance with this Court's Local Rule 78-230(b).

13       IT IS SO ORDERED.

14

15       Dated:    **March 18, 2008**          /s/ Lawrence J. O'Neill

                                        UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER