# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC.<br><br>          Plaintiff,<br><br>     vs.<br><br>SOUTHWEST HOLDINGS, INC., et al,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 08-0236 LJO SMS<br><br>**ORDER FOR EXTENSION TO COMPLY WITH SEPTEMBER 12, 2008 ORDER** |

Based on the declaration of counsel for plaintiff California Pipe Recycling, Inc. ("Cal Pipe"), this Court GRANTS Cal Pipe an extension up to September 30, 2008 to seek entry of default for defendants who have failed to timely respond to Cal Pipe's complaint. Moreover, this Court ADMONISHES Cal Pipe to file a propose order for future requests of this Court.

IT IS SO ORDERED.

**Dated:   September 19, 2008**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE