Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff
California Pipe Recycling, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC.,<br>    Plaintiff,<br> vs.<br>SOUTHWEST HOLDINGS, INC., a Corporation; SOUTHWEST PIPE SERVICES, INC., a Corporation; JOSEPH BRIERS, an individual; BRIERS PIPE SERVICES CORP., a Corporation; ROBERT P. INGRUM, an individual; ROBBYE R. WALDRON, Chapter 7 Trustee, and DOES 1-10, inclusive,<br>    Defendants. | Case No.: 08-cv-236<br><br>*Assigned for All Purposes*<br>*Hon. Lawrence J. O'Neill*<br><br>**ORDER** |

## **ORDER**

The matter having been duly considered by the court, and finding substantial justification therefore:

**IT IS HEREBY ORDERED THAT**

The Plaintiff is ordered to take the default of defendant ROBBYE R. WALDRON on or before November 25, 2008, or submit a declaration as to why the Plaintiff has not taken such action.

///

////

1   The Status Conference hearing currently set for November 13, 2008 at 8:00 AM in
2  Department 4 of this court is continued until December 18, 2008 at 8:15 AM.

4  Dated:  November 3, 2008                             /s/ Lawrence J. O'Neill
5                                                                     U.S. District Court Judge