Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff
California Pipe Recycling, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC., )<br>           Plaintiff, )<br>     vs. )<br>S.W. PIPE HOLDINGS, INC., a )<br>Corporation; SOUTHWEST PIPE )<br>SERVICES, INC., a Corporation; JOSEPH )<br>BRIERS, an individual; BRIERS PIPE )<br>SERVICES CORP., a Corporation; )<br>ROBERT P. INGRUM, an individual; )<br>ROBBYE R. WALDRON, Chapter 7 )<br>Trustee, and DOES 1-10, inclusive, )<br>           Defendants. ) | Case No.: 08-cv-236<br><br>*Assigned for All Purposes*<br>*Hon. Lawrence J. O'Neill*<br><br>**STIPULATION TO SET ASIDE**<br>**DISMISSAL OF ROBERT P. INGRUM** |

On October 23, 2008, this court dismissed this action against Robert P. Ingrum for lack of minimum contacts by granting his motion under FRCP 12(b)(2).

Mr. Ingrum, now appearing in *propria personum*, wishes to appear in this action, submitting himself voluntarily to the jurisdiction of this court, in order to state a claim against the proceeds of the promissory note at issue in this case which is the stake in interpleader.

By his signature hereto, Mr. Ingrum voluntarily consents to the jurisdiction of this court over him, and waives any further challenges to this court's jurisdiction.

1
STIPULATION TO SET ASIDE DISMISSAL

**IT IS STIPULATED:**

By and between the Plaintiff, CALIFORNIA PIPE RECYCLING, INC. and Defendant ROBERT P. INGRUM, in order to permit his participation in this case to state a claim against the stake in interpleader, to set aside this court's order of October 23, 2008 dismissing ROBERT P. INGRUM from this action.  LR 83-143.

<u>For the Plaintiff,</u>
CALIFORNIA PIPE RECYCLING, INC.              /s/ Kerry P. Zeiler
                                                                         Kerry P. Zeiler (SBN 233944)
                                                                         KO & ZEILER
                                                                         1855 W. Katella Ave., Ste 365
                                                                         Orange, CA 92867

<u>For the Defendant,</u>
ROBERT P. INGRUM                                    _/s/Robert P. Ingrum____
                                                                         Robert P. Ingrum
                                                                         In *propria personum*

**IT IS SO ORDERED:**

Dated: February 6, 2009____          _/s/ LAWRENCE J O'NEILL_____
                                                                 Hon. Lawrence J. O'Neill
                                                                 Judge of the United States District Court