Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff
California Pipe Recycling, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC., ) <br> Plaintiff, ) <br> vs. ) <br> S.W. PIPE HOLDINGS., a Corporation; ) <br> SOUTHWEST PIPE SERVICES, INC., a ) <br> Corporation; JOSEPH BRIERS, an ) <br> individual; BRIERS PIPE SERVICES ) <br> CORP., a Corporation; ROBERT P. ) <br> INGRUM, an individual; ROBBYE R. ) <br> WALDRON, Chapter 7 Trustee, and ) <br> DOES 1-10, inclusive, ) <br> Defendants. ) | Case No.: 08-cv-236 <br><br> *Assigned for All Purposes* <br> *Hon. Lawrence J. O'Neill* <br><br> **ORDER** |

## **ORDER**

The matter having been duly considered by the court, and finding substantial justification therefore:

The court finds that the Plaintiff has deposited the entirety of unpaid sums owed under the promissory note with the Court's clerk in the amount of $104,680.00.

**IT IS HEREBY ORDERED THAT**

The Plaintiff is discharged from the interpleader matter.

Dated: _March 9, 2009___          _____/s/ Lawrence J. O'Neill_____
                                              Hon. Lawrence J. O'Neill
                                              Judge of the United States District Court

1