Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff
California Pipe Recycling, Inc.

FILED

APR 29 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC., <br> Plaintiff, <br> vs. <br> S.W. PIPE HOLDINGS, INC., a Corporation; SOUTHWEST PIPE SERVICES, INC., a Corporation; JOSEPH BRIERS, an individual; BRIERS PIPE SERVICES CORP., a Corporation; ROBERT P. INGRUM, an individual; ROBBYE R. WALDRON, Chapter 7 Trustee, and DOES 1-10, inclusive, <br> Defendants. | Case No.: 08-cv-236 <br><br> *Assigned for All Purposes* <br> *Hon. Lawrence J. O'Neill* <br><br> **STIPULATION FOR TRANSFER ON BIFURCATED CLAIM, ON REMAND, AND ORDER FOR A STAY OF PROCEEDINGS** |

TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

It is hereby stipulated and agreed between the parties to this action, as indicated by their signatures hereto, and further ORDERED by the court:

//

//

//

//

//

---

1

STIPULATION AND ORDER FOR TRANSFER

# **ORDERS**

### As to BIFURCATED CLAIM FOR INTERPLEADER:

This Claim for Relief is STAYED for a period of ninety days from the date of this Order and TRANSFERRED to the United States District Court, Southern District of Texas (Houston).

The Clerk of the Court is ORDERED, within thirty (30) days of receipt of written notice of the United States District Court, Southern District of Texas (Houston) case number, to TRANSFER and remit to the coffers of the Clerk of said District Court the entire sum being held by the Clerk in this case: $104,680.00.

### As to PLAINTIFF'S CLAIM FOR DECLARATORY RELIEF:

All proceedings regarding this claim are STAYED until further order of this court.

### As to DEFENDANTS JOSEPH BRIERS, S.W. PIPE HOLDINGS, INC.; SOUTHWEST PIPE SERVICES, INC.'S CROSS-COMPLAINT FOR BREACH OF CONTRACT

For good cause shown, this claim is REMANDED and TRANSFERRED to Brazoria County Texas Judicial District 412 case number 41741, styled *Cambio v. Briers*.

//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 FOR: | |
| 2 Plaintiff, California Pipe Recycling, Inc. | |
| 3 | /s/ Kerry Zeiler |
| 4 | Kerry Zeiler<br>KO & ZEILER |
| 5 | |
| 6 Defendants,<br>Joseph Briers; S.W. Pipe Holdings, Inc.; | |
| 7 Southwest Pipe Services, Inc. | |
| 8 | /s/ Jason Powers |
| | Jason Powers |
| 9 | POWERS & SLAY |
| 10 | |
| 11 Robbye R. Waldron, Chapter 7 Trustee | |
| 12 | /s/ David Jones |
| | David Jones |
| 13 | PORTER & HEDGES, LLP |
| 14 | |
| 15 Robert Ingrum | |
| 16 | /s/ Nicholas Reisch |
| | Nicholas Reisch |
| 17 | on behalf of Leonard J. Meyer<br>ZIMMERMAN, AXELRAD, |
| 18 | MEYER, STERN & WISE, P.C. |
| 19 | |
| 20 **IT IS SO ORDERED:** | |
| 21 | |
| 22 Dated: April 22, 2009 | _[signature]_ |
| 23 | Hon. Lawrence J. O'Neill<br>Judge of the United States District Court |

3

STIPULATION AND ORDER FOR TRANSFER