**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC. | CASE NO. CV F 08-0236 LJO SMS |
| Plaintiff, | **ORDER TO ADDRESS OUTSTANDING MATTERS AND TO SET FURTHER STATUS CONFERENCE** |
| vs. | Date:  September 30, 2009<br>Time: 8:15 a.m. |
| SOUTHWEST HOLDINGS, INC., et al., | Dept.: 4 (LJO) |
| Defendants. / | |

This Court conducted a July 29, 2009 telephonic status conference. Plaintiff California Pipe Recycling, Inc. ("Cal Pipe") appeared by Kerry P. Zeiler, Ko & Zeiler. Defendants Joseph Briers, Southwest Pipe Services, Inc. and S.W. Pipe Holdings, Inc. (collectively the "Briers defendants") appeared by Jason Powers, Powers & Slay. Defendant Robbye Waldon ("Mr. Waldon"), trustee of Joseph Briers' discharged chapter 7 bankruptcy, appeared by Joshua Woloffshowl, Porter & Hedges. Defendant Robert Ingrum appeared by Nicholas Reisch, Zimmerman, Axelrad, Meyer, Stern & Wise, P.C. At the conference, the parties addressed delay to transfer the interpleader claim and funds to the Texas federal court and other outstanding matters. After discussion with the parties, this Court:

1. ORDERS counsel Jason Powers, no later than July 31, 2009, to fax to this Court at (559) 499-5959 the caption of the pending Brazoria County Texas action and that court's street address;

2. ORDERS the parties, no later than August 12, 2009, to address the correct amount of interpleader funds and FURTHER ORDERS counsel Kerry Zeiler to initiate preparation

   of a stipulation and order of the amount of interpleader funds to transfer to the Texas federal court;

3. DISMISSES defendant Robert Ingrum from all aspects of this action with the parties' mutual waiver of fees and costs;

4. ORDERS the parties, no later than September 14, 2009, to file papers with the Texas bankruptcy court to seek approval to compromise and/or dismiss this action's declaratory relief claim;

5. SETS a telephonic status conference for September 30, 2009 at 8:15 a.m. in Department 4 (LJO). The parties's counsel shall appear at the conference by arranging a one-line conference call and adding the Court at (559) 499-5680. The parties' counsel shall be prepared to discuss the status of this action and recommendations to proceed; and

6. ORDERS the parties, no later than September 23, 2009, to file status reports to indicate the status of this action and recommendations to proceed.

IT IS SO ORDERED.

**Dated:   July 29, 2009**                              /s/ Lawrence J. O'Neill
                                                                           UNITED STATES DISTRICT JUDGE