IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>SOUTHWEST HOLDINGS, INC., et al,<br><br>    Defendants.<br>_____ / | CASE NO. CV F 08-0236 LJO SMS<br><br>**ORDER TO REMAND COUNTERCLAIM** |

Pursuant to the April 22, 2009 stipulation and order (doc. 104), this Court REMANDS the breach of contract counterclaim of defendants Joseph Briers, Southwest Pipe Services, Inc. and S.W. Pipe Holdings, Inc. to the District Court of Brazoria County, Texas, 412th Judicial District, 111 E. Locust, Suite 500, Angleton, TX 77515-4678. The remand shall be to the action entitled *Kaaren Cambio v. Joe Briers, et at.*, Cause No. 41741, pending in the Brazoria County, Texas court.

This Court DIRECTS the clerk to take all necessary action to accomplish the remand to the Brazoria County, Texas court. This Court FURTHER DIRECTS the clerk to serve a copy of this order on the Honorable W. Edwin Denman and Coordinator Linda Kellogg at the above Angleton, Texas address. Telephone numbers to reach the Brazoria County, Texas court are (281) 331-0153, (281) 331-0265 and (979) 864-1915.

IT IS SO ORDERED.

**Dated:   July 29, 2009**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE