# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC. | CASE NO. CV F 08-0236 LJO SMS |
| Plaintiff, | **FURTHER ORDER TO ADDRESS OUTSTANDING MATTERS AND TO SET FURTHER STATUS CONFERENCE** |
| vs. | |
| SOUTHWEST HOLDINGS, INC., et al., | Date: December 10, 2009<br>Time: 8 a.m.<br>Dept.: 4 (LJO) |
| Defendants. / | |

This Court conducted an October 7, 2009 telephonic status conference. Plaintiff California Pipe Recycling, Inc. ("Cal Pipe") appeared by Kerry P. Zeiler, Ko & Zeiler. Defendants Joseph Briers, Southwest Pipe Services, Inc. and S.W. Pipe Holdings, Inc. (collectively the "Briers defendants") appeared by Jason Powers, Powers & Slay. Defendant Robbye Waldon ("Mr. Waldon"), trustee of Joseph Briers' discharged chapter 7 bankruptcy, appeared by Joshua Wolfshohl, Porter & Hedges. Defendant Robert Ingrum appeared by Leonard Myer, Zimmerman, Axelrad, Meyer, Stern & Wise, P.C. At the conference, the parties addressed a discrepancy over amounts paid and interpled by Cal Pipe for its purchase of conveyor equipment from the Briers defendants and other outstanding matters. After discussion with the parties, this Court:

    1.    ORDERS Cal Pipe and counsel Kerry Zeiler, no later than November 9, 2009, to produce for the other parties all canceled checks to account for Cal Pipe's payments for purchase of the conveyor equipment and payments of interpled funds into this Court's registry;

    2.    ORDERS Mr. Waldron and his counsel forthwith to seek bankruptcy court approval to

compromise the bankruptcy estate's claim against the conveyor equipment and to pursue no remedies against Cal Pipe beyond the interpled funds;

3. SETS a telephonic status conference for December 10, 2009 at 8 a.m. in Department 4 (LJO). The parties's counsel shall appear at the conference by arranging a one-line conference call and adding the Court at (559) 499-5680. The parties' counsel shall be prepared to discuss the status of this action and recommendations to conclude it;

4. ORDERS counsel Kerry Zeiler, no later than December 3, 2009, to file status reports to indicate the status of this action and recommendations to conclude it; and

5. ADMONISHES the parties and counsel to expedite resolution of pending matters to conclude this action and to contact this Court at (559) 499-5680 to set a status conference as necessary to expedite completion of this action.

IT IS SO ORDERED.

Dated:   **October 7, 2009**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE