# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC., | CASE NO. CV F 08-0236 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| SOUTHWEST HOLDINGS, INC., et al., | |
| Defendants. / | |

No further matters remain before this Court after its order on plaintiff's declaratory relief claim and the payment of sanctions by defense counsel. As such, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   December 30, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1